IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cross County Development Co.,

    Plaintiff(s),

vs.

Mike Griffin

    Defendant(s).

Case Number: 1:19cv476

Judge Susan J. Lott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 1, 2019 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 15, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's affidavit in support of an emergency order to show cause for preliminary injunction and temporary restraining order, which seeks an order temporarily restraining and enjoining plaintiff from eviction or ejectment of defendant from the commercial property located at 7709-7711 Affinity Place, Cincinnati, Ohio and 7805 Affinity Place, Cincinnati, Ohio (Doc. 12) is DENIED.

This case is DISMISSED from the docket of this Court for lack of subject matter jurisdiction. This matter is REMANDED to the state court. *See* 28 U.S.C. §1447 ( c ).

It is so ORDERED.

_____
Judge Susan J. Dlott
United States District Court